First Federal Savings and Loan Association, a United States Corporation, Plaintiff-Appellee, v. 4800 Marine Drive, Inc., an Illinois Corporation, et al., Defendants-Appellants.

Gen. No. 49,310.

First District, Third Division.

May 12, 1964.

Samuel E. Hirsch and Morris S. Bromberg, of Chicago, for appellants; Rothbart, Stein & Moran and Leo B. Blaber, of Chicago, for appellee. Per Curiam. **Not to be published in full.**